# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ricky Schuh, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Doug Burgum, et al., | ) | Case No. 1:24-cv-001 |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any matters in this case.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
